IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CONTINENTAL CASUALTY COMPANY,** | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| **ALABAMA EMERGENCY ROOM** | ) | |
| **ADMINISTRATIVE SERVICES, P.C.** | ) | 2:07-CV-221- WHA |
| | ) | |
| Defendant. | ) | |

SUMMONS

TO DEFENDANT    Alabama Emergency Room Administrative Services, P.C., c/o Edward B. Parker, II, 407 South McDonough Street, Montgomery, Alabama 36104

You are hereby summoned and required to serve upon plaintiff's attorneys:

Brenen G. Ely, Joel S. Isenberg, Candace L. Hudson; Ely & Isenberg, LLC., 600 Beacon Parkway West, Suite 104, Birmingham, Alabama 35209

a response to the complaint which is herewith served upon you, within 20 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 3/14/07

DEBRA P. HACKETT, CLERK

By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. Box 711
Montgomery, AL 36101-0711