IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.: |
| vs. | § | |
| | § | 2:07-CV-221-WHA |
| | § | |
| ALABAMA EMERGENCY ROOM | § | |
| ADMINISTRATIVE SERVICES, P.C., | § | |
| | § | |
| Defendant. | § | |

**CORPORATE DISCLOSURE STATEMENT OF**
**PLAINTIFF CONTINENTAL CASUALTY COMPANY**

COMES NOW Plaintiff Continental Casualty Company and, pursuant to Federal Rule of Civil Procedure 7.1, hereby certifies that Loews Corporation is a publicly-held corporation and owns more than 10% of CNA Financial Corporation. CNA Financial Corporation is the parent company of The Continental Corporation and the only publicly-traded company that owns 10% or more of The Continental Corporation's stock. Continental Casualty Company is a wholly-owned subsidiary of The Continental Corporation.

/s/ Candace L. Hudson
Brenen G. Ely (0366-E54B)
Joel S. Isenberg (8855-N76J)
Candace L. Hudson (8314-N66H)
Attorneys for Plaintiff Continental Casualty Company

**OF COUNSEL:**
ELY & ISENBERG, L.L.C.
600 Beacon Parkway West, Suite 104
Birmingham, Alabama 35209
Telephone:   (205) 313-1200
Facsimile:   (205) 313-1201

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and accurate copy of the foregoing has been on all parties of record by:

| | |
|---|---|
| _____ | Hand Delivery |
| __X__ | U.S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| _____ | E-File |

on this the 16th day of March, 2007.

                                                  /s/ Candace L. Hudson
                                                  OF COUNSEL

cc:    Alabama Emergency Room Administrative Services, P.C.
        c/o Edward B. Parker, II
        407 South McDonough Street
        Montgomery, Alabama 36104