RETURNED AND FILED

MAR 23 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

CASE NO. _____

### RETURN ON SERVICE OF WRIT

I hereby certify and return that on the 23rd day of March, 2007, I served this summons together with the complaint as follows:

☐ By personal service on the defendant at _____

_____

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☒ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.) Barbara Green, Administrative Asst. Ste. 104 4160 Carmichael Rd. Montgomery, AL. 36106

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

3-23-07                         Amy N. Barnes
_____           _____
     Date                   Authorized or Specially Appointed Process Server

Costs of Service:   Service fee:                           $ _____
                    Expenses: _____ miles @ _____ cents  $ _____
                                              TOTAL        $ _____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) | **Alias Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| ALABAMA EMERGENCY ROOM | ) | 2:07-CV-221-WHA |
| ADMINISTRATIVE SERVICES, P.C. | ) | |
| | ) | |
| Defendant. | ) | |

ALIAS SUMMONS

TO DEFENDANT     Alabama Emergency Room Administrative Services, P.C., c/o Edward B. Parker, II, 4160 Carmichael Road, Suite 104, Montgomery, Alabama 36117

You are hereby summoned and required to serve upon plaintiff's attorneys:

Brenen G. Ely, Joel S. Isenberg, Candace L. Hudson; Ely & Isenberg, LLC., 600 Beacon Parkway West, Suite 104, Birmingham, Alabama 35209

a response to the complaint which is herewith served upon you, within 20 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 3-23-07

DEBRA P. HACKETT, CLERK

By: _[signature]_
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. Box 711
Montgomery, AL 36101-0711