**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CONTINENTAL CASUALTY COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO.:   2:07cv221-WHA |
| ) | |
| **ALABAMA EMERGENCY ROOM** ) | |
| **ADMINISTRATIVE SERVICES, P.C.** ) | |
| ) | |
| **Defendant.** ) | |

## DISCLOSURE STATEMENT

COMES NOW the defendant, Alabama Emergency Room Administrative Services, P.C., and, pursuant to Federal Rule of Civil Procedure 7.1, files this disclosure statement, stating that there is no parent nor publicly held corporation that owns 10% or more of the stock of the defendant.

Respectfully submitted this the 12th day of April, 2007.

          /s/   Michael J. Cohan
MICHAEL J. COHAN  (ASB-6887-A56M)
Attorney for Defendant,
Alabama Emergency Room Administrative
Services, P.C.

OF COUNSEL:

HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
425 SOUTH PERRY STREET (36104)
POST OFFICE BOX 116
MONTGOMERY, ALABAMA 36101-0116
(334) 834-7600
(334) 832-7419 [facsimile]
mcohan@hillhillcarter.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing upon all parties by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via: email this the 12th day of April, 2007.

Brenen G. Ely, Esq.
Joel S. Isenberg, Esq.
Candace L. Hudson, Esq.
Ely & Isenberg, LLC
600 Beacon Parkway West
Suite 104
Birmingham, Alabama 35209

                                               /s/   Michael J. Cohan
                                      MICHAEL J. COHAN  (ASB-6887-A56M)