IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALABAMA EMERGENCY ROOM )<br>ADMINISTRATIVE SERVICES, P.C., )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:07cv221-WHA |

## ORDER

This cause is before the court on the Defendant's Motion to Accept Amended Answer (Doc. #11). Upon review of the proposed Amended answer, the court notes that it does not comply with the requirements of Local Rule 15.1 as to amended pleadings, in that it is not an entire pleading as amended. Therefore, it is

ORDERED that the Motion is GRANTED only to the extent that an amended answer is allowed to be filed, and the Defendant is given until May 4, 2007 to file an Amended Answer, complete unto itself, in compliance with Local Rule 15.1.

DONE this 1st day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE