IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CONTINENTAL CASUALTY COMPANY, §
                              §
        Plaintiff,            §
                              §        CIVIL ACTION NO.:
vs.                           §
                              §        2:07-CV-221-WHA
                              §
ALABAMA EMERGENCY ROOM        §
ADMINISTRATIVE SERVICES, P.C., §
                              §
        Defendant.            §

## REPORT OF PARTIES PLANNING MEETING

1.      Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on the 9th day of May, 2007 and was attended by:

Brenen G. Ely for Plaintiff, Continental Casualty Company.

Michael J. Cohan for Defendant, Alabama Emergency Room Administrative Services, PC

2.      **Pre-Discovery Disclosures.** The parties will exchange, on or before June 1, 2007 the information required by local rule 26.1(a)(1) and Local Rule LR 26.1(a)(1).

3.      **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

Discovery will be needed with respect to the plaintiff's claims and defendants' defenses;

All discovery commenced in time to be completed by November 1, 2007.

Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 25 requests for admissions by each party to any other party. Responses due 30 days after service.

Maximum of 40 requests for production of documents by each party to any other party. Responses due 30 days after service.

1

Maximum of 7 depositions by the Plaintiff and 7 depositions by the Defendant.

Reports from retained experts under Rule 26(a)(2) due:
        from the Plaintiff on or before September 3, 2007.
        from the Defendants on or before October 1, 2007.

Supplementation under Rule 26(e) due on or before November 1, 2007.

### 4.    Other Items.

The parties do not request a conference with the Court before entry of the Scheduling Order.

The Plaintiff shall be allowed until June 1, 2007 to join additional parties or to amend the pleadings.

The Defendant shall be allowed until July 2, 2007 to join additional parties or to amend the pleadings.

All potential dispositive motions should be filed on or before December 1, 2007.

Settlement cannot fully be evaluated at the present time, but the case may be suitable for mediation after some preliminary discovery.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

        From the Plaintiff 30 days prior to trial.
        From the Defendant 30 days prior to trial.

The parties shall have 14 days after service of final witness/exhibit lists to object under Rule 26(a)(3).

The parties request a final Pretrial Conference in February, 2008.

The case should be ready for trial by March 24, 2008, and at this time it is expected to take approximately 2 to 3 days.


DATE:   5/23/07

2

Respectfully Submitted,

Brefen G. Ely (ASB-0366-E54B)
Attorney for Plaintiff, Continental Casualty Company

**OF COUNSEL**

ELY & ISENBERG, LLC
600 Beacon Parkway West
Suite 104
Birmingham, Alabama 35209
(205) 313-1200
(205) 313-1201 (fax)
jisenberg@elylawllc.com

Michael J. Cohan (ASB-6887-A56M)
Attorney for Defendant, Alabama Emergency Room
Administrative Services, PC

**OF COUNSEL**

HILL, HILL, CARTER, FRANCO,
       COLE & BLACK, PC
425 South Perry Street
P.O. Box 116
Montgomery, Alabama 36101
(334) 834-7600
(334) 832-7419 (fax)
mcohan@hillhillcarter.com

3