IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:07cv221-WHA |
| | ) | |
| ALABAMA EMERGENCY ROOM | ) | |
| ADMINISTRATIVE SERVICES, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Joint Motion to Extend Deadlines and to Continue Trial (Doc. #20), the court agrees to modify the current schedule to the following extent:

1. This case will be submitted to the court on an Agreed Statement of Facts and Exhibits, with briefs.

2. The parties shall file with the court their Agreed Statement of Facts and Exhibits **on April 21, 2008**.

3. The Plaintiff is DIRECTED to file its brief **on April 21, 2008**, the Defendant shall file its reply **by May 12, 2008**, and the Plaintiff may file a response **by May 19, 2008**. The case will be taken under submission for determination on May 19, 2008.

4. The pretrial conference, non-jury trial, and all deadlines set out in the existing scheduling order are cancelled, and the parties are DIRECTED to conduct all discovery in sufficient time to allow the preparation and filing of the Agreed Statement of Facts and Exhibits by April 21, 2008.

It is so ORDERED.

DONE this 29th day of October, 2007.


 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE