IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 2:07cv221-WHA |
| ALABAMA EMERGENCY ROOM ) ADMINISTRATION SERVICES, P.C., ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of plaintiff's motion to compel (Doc. # 22), filed January 2, 2008, and for good cause, it is

ORDERED that defendant shall file a response to the motion on or before January 16, 2008.

DONE, this 3rd day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE