IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv221-WHA |
| ) | |
| ALABAMA EMERGENCY ROOM ) | |
| ADMINISTRATION SERVICES, P.C., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Court has recently received plaintiff's motion to compel (Doc. # 22) and defendant's response (Doc. # 24) in this case. Based on defendant's response, which withdraws some privilege objections and asserts, *inter alia*, that plaintiff has now received much of the discovery that it seeks or has made requests that should be narrowed so as to be more limited in time and scope, it appears to the court that the motion might well be amenable to resolution in whole or in part by agreement of counsel.

It is therefore ORDERED that counsel for the respective parties shall confer within ten days and shall attempt to resolve their differences or reduce the areas of dispute regarding the discovery requests at issue in the motion presently pending before the Court. The Court will proceed to consider the motion only if moving counsel file a statement with the court certifying that after personal consultation and sincere efforts to do so, counsel have been unable to resolve the matter satisfactorily. Unless such a statement is filed on or before March 11, 2008, the Court shall consider the motion moot and enter an order to that effect.

DONE, this 27th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE