IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv221-WHA |
| | ) |
| ALABAMA EMERGENCY ROOM | ) |
| ADMINISTRATIVE SERVICES, P.C., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Joint Motion to Extend Deadlines (Doc. #28), filed by the parties on March 12, 2008, and for good cause shown, the motion is GRANTED, and the deadline for the parties to submit the Agreed Statement of Facts and Exhibits and the deadline for Plaintiff to submit its principal brief is EXTENDED by 60 days.

DONE this 13th day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE