IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:07cv221-WHA |
| ALABAMA EMERGENCY ROOM ADMINISTRATIVE SERVICES, P.C., | ) ) ) | |
| Defendant. | ) | |

### **ORDER**

Upon consideration of plaintiff's motion to compel (Doc. # 22), and for good cause, it is

ORDERED that the motion be and hereby is DENIED as moot pursuant to the notice of parties' agreement (Doc. # 27).

DONE, this 17th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE