IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, § § | |
| Plaintiff, § § § | CIVIL ACTION NO.: |
| vs. § § § | 2:07-CV-221-WHA |
| ALABAMA EMERGENCY ROOM § ADMINISTRATIVE SERVICES, P.C., § § | |
| Defendant. § | |

## JOINT MOTION TO EXTEND BRIEFING AND SUBMISSION DEADLINE

COME NOW Plaintiff Continental Casualty Company ("Continental Casualty") and Defendant Alabama Emergency Room Administrative Services, P.C. ("AERAS"), and respectfully move this Honorable Court to extend by twenty-one (21) days the briefing and submission deadlines in this matter. As grounds for this Motion, the parties state as follows:

1. This is an action for declaratory judgment regarding the recovery of premium assessed on a workers' compensation policy issued by Plaintiff Continental Casualty to Defendant Alabama Emergency Room Administrative Services, P.C. for the policy period of May 3, 2005 to May 3, 2006.

2. Due to the unique nature of this action, on October 29, 2007, the Court ordered this matter to be submitted on an Agreed Statement of Facts and Exhibits and briefs. Pursuant to this Court's March 13, 2008 Order, the present deadlines are:

>  Agreed Statement of Facts and Exhibits due by June 20, 2008;
>  Plaintiff's principal brief due on June 20, 2008;
>  Defendant's responsive brief due on July 11, 2008;
>  Plaintiff's reply brief due on July 18, 2008; and
>  Case submitted on briefs on July 18, 2008.

**MOTION GRANTED**

SO ORDERED
THIS _12th_ DAY OF _June_, 20_08_

_____
UNITED STATES DISTRICT JUDGE