IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:07-cv-221-WHA |
| | ) |
| ALABAMA EMERGENCY ROOM | ) |
| ADMINISTRATIVE SERVICES, P.C., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Defendant's Motion to Seal Exhibits (Doc. # 33) filed on July 11, 2008, the motion is GRANTED at this time as to the documents designated therein by number, subject to being unsealed upon motion or by later order of the court.

DONE this 11th of July, 2008.

    /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE