**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **CONTINENTAL CASUALTY COMPANY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO.:** |
| **vs.** | § | |
| | § | **2:07-CV-221-WHA** |
| | § | |
| **ALABAMA EMERGENCY ROOM** | § | |
| **ADMINISTRATIVE SERVICES, P.C.,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT MOTION TO AMEND BRIEFING SCHEDULE**

COME NOW Plaintiff Continental Casualty Company ("Continental Casualty") and Defendant Alabama Emergency Room Administrative Services, P.C. ("AERAS"), and respectfully move this Honorable Court to enter an Order amending the briefing schedule in this matter.  As grounds for this Motion, the parties state as follows:

1.  The remaining briefing deadlines in this case are as follows:

> Defendant's responsive brief due on August 1, 2008;
> Plaintiff's reply brief due on August 8, 2008; and
> Case submitted on briefs on August 8, 2008.

2.  Recently, counsel for Defendant was ordered to appear for a workers' compensation trial on July 29 and 30, 2008 before the Tuscaloosa Circuit Court.  In addition, counsel for Plaintiff is relocating offices during the week of August 4, 2008.

3.  Accordingly, the parties respectfully request that the Court amend the briefing schedule to extend by seven (7) days the deadlines for Defendant to file its responsive brief and for Plaintiff to file its reply brief.

4.     Should this Court grant this Motion, the briefing and submission deadlines in this case would be amended as follows:

Defendant's responsive brief due on August 8, 2008;
Plaintiff's reply brief due on August 15, 2008; and
Case submitted on briefs on August 15, 2008.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Continental Casualty Company and Defendant Alabama Emergency Room Administrative Services, P.C. respectfully request that this Honorable Court enter an Order amending the briefing schedule by extending by seven (7) days the remaining deadlines in this matter.

Respectfully submitted,

/s/ Candace L. Hudson
Brenen G. Ely (0366-E54B)
Joel S. Isenberg (8855-N76J)
Candace L. Hudson (8314-N66H)
Attorneys for Plaintiff Continental Casualty Company

OF COUNSEL:
ELY & ISENBERG, L.L.C.
600 Beacon Parkway West, Suite 104
Birmingham, Alabama 35209
Telephone:     (205) 313-1200
Facsimile:     (205) 313-1201

/s/ Michael J. Cohan[1]
Michael J. Cohan (6887-A56M)
Attorney for Defendant Alabama Emergency Room Administrative Services, P.C.

OF COUNSEL:
HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
Telephone:     (334) 834-7600
Facsimile:     (334) 832-7419

---

[1]Electronic signature affixed pursuant to express request and with express permission of Michael J. Cohan.

2