IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 2:07-cv-221-WHA |
| ) | |
| ALABAMA EMERGENCY ROOM ) | |
| ADMINISTRATIVE SERVICES, P.C., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Joint Motion to Amend/Correct the Briefing Schedule (Doc. # 55), filed by the parties on July 18, 2008, and for good cause shown, the motion is GRANTED, and the deadline for the Defendant's response brief and the Plaintiff's reply brief is EXTENDED by 7 days. The Defendant's responsive brief will therefore be due on August 8, 2008, and the Plaintiff's reply brief will be due on August 15, 2008.

DONE this 21st day of July, 2008

           /s/ W. Harold Albritton
           W. HAROLD ALBRITTON
           SENIOR UNITED STATES DISTRICT JUDGE