IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:07cv221-WHA |
| ALABAMA EMERGENCY ROOM ADMINISTRATIVE SERVICES, P.C., | ) ) ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of Defendant's Motion to Strike Plaintiff's Motion for Findings of Fact and Entry of Judgment (Doc. #57), filed on August 8, 2008, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before August 25, 2008** why the motion should not be granted. The Defendant shall have **until September 2, 2008**, to file any reply it may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 11th day of August, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE