**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **CONTINENTAL CASUALTY COMPANY,** § § | |
| **Plaintiff,** § § § | **CIVIL ACTION NO.:** |
| **vs.** § § § | **2:07-CV-221-WHA** |
| **ALABAMA EMERGENCY ROOM ADMINISTRATIVE SERVICES, P.C.,** § § § § | |
| **Defendant.** § | |

**NOTICE OF CHANGE OF ADDRESS**

COME NOW the undersigned and give notice to the Court that their new mailing address is as follows:

Ely & Isenberg, LLC.
The Mountain Brook Center
2700 Highway 280 East, Suite 110
Birmingham, Alabama  35223

                                                      Respectfully submitted,

                                                       /s/ Brenen G. Ely
                                                      Brenen G. Ely (0366-E54B)
                                                      Joel S. Isenberg (8855-N76J)
                                                      Candace L. Hudson (8314-N66H)
                                                      Attorneys for Plaintiff Continental Casualty Company

**OF COUNSEL:**
ELY & ISENBERG, L.L.C.
The Mountain Brook Center
2700 Highway 280 East, Suite 110
Birmingham, Alabama 35223
(205) 313-1200 telephone
(205) 313-1201 facsimile
bely@elylawllc.com
jisenberg@elylawllc.com

**CERTIFICATE OF SERVICE**

    I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via electronic mail on this the 3rd day of September, 2008.

                                              /s/ Brenen G. Ely
                                              OF COUNSEL

cc:    Michael Cohan
        HILL, HILL, CARTER, FRANCO,
          COLE & BLACK, P.C.
        Post Office Box 116
        Montgomery, AL 36101